```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09755
    CORNELIA A LOGAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0838

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 03/17/2005 and was confirmed 04/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/08/2009.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                 PAID             PAID
---------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^  CURRENT MORTG          .00              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER       1599.03           136.23          1599.03
CREDITOR INTERCHANGE      NOTICE ONLY       NOT FILED             .00              .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER      11445.96           975.17         11445.96
ASSET ACCEPTANCE          NOTICE ONLY       NOT FILED             .00              .00
MC MAHON & SIGUNICK       NOTICE ONLY       NOT FILED             .00              .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER       2129.40           175.57          2129.40
ARROW FINANCIAL SERVICES  NOTICE ONLY       NOT FILED             .00              .00
RESURGENT ACQUISITION LL  UNSEC W/INTER       7384.76           607.23          7384.76
NATIONAL ACTION FINANCIA  NOTICE ONLY       NOT FILED             .00              .00
UNITED STUDENT AID FUNDS  UNSEC W/INTER       3933.48           335.13          3933.48
INTERNAL REVENUE SERVICE  UNSEC W/INTER        135.09            10.11           135.09
INTERNAL REVENUE SERVICE  PRIORITY            1148.74              .00          1148.74
ECAST SETTLEMENT CORP     UNSEC W/INTER        374.77            28.84           374.77
ECAST SETTLEMENT CORP     UNSEC W/INTER       4445.29           334.32          4445.29
DANIEL WINTER ESQ         DEBTOR ATTY        1,794.00                           1,794.00
TOM VAUGHN                TRUSTEE                                               2,316.96
DEBTOR REFUND             REFUND                                                  721.92

    Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE               40,032.00

PRIORITY                                         1,148.74
SECURED                                              .00
UNSECURED                                       31,447.78
    INTEREST                                     2,602.60
ADMINISTRATIVE                                   1,794.00
TRUSTEE COMPENSATION                             2,316.96
DEBTOR REFUND                                      721.92

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09755 CORNELIA A LOGAN
```

```
                               ---------------     ---------------
TOTALS                               40,032.00           40,032.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```